UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYALND
(Baltimore)

FILED                ENTERED
LOGGED        RECEIVED

JUN 21 2010

AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND

BY _____ DEPUTY

| | | |
|---|---|---|
| LEAH CARTER | * | |
| | * | |
| Plaintiff | * | |
| | * | |
| v. | * | Case No. 1:09-cv-00302-PWG |
| | * | |
| MANN BRACKEN LLP | * | |
| | * | |
| Defendant | * | |

---

## NOTICE OF CASE IN RECEIVERSHIP

You are hereby notified of the appointment of a Receiver on behalf of the Defendant, Mann

Bracken, LLC, by the Circuit Court for Montgomery County, Maryland.  The Case Number is

V327646.  The Order was entered on February 25, 2010.  The case is now pending.

Pursuant to the Order Appointing Receiver, Cheryl E. Rose, Esquire has been appointed as

Receiver for Mann Bracken, LLC and is, therefore a substitute party.  Ms. Rose's contact information is

as follows:

Cheryl E. Rose, Esquire
12154 Darnestown Road, Box 623
Gaithersburg, Maryland 20878
Telephone:  (301) 527-7789
Fax No.:     (301) 527-1233
E-mail:      Receiverrose@aol.com

I hereby certify that copies of the foregoing Notice of Case in Receivership were mailed this 18th

day of June, 2010, to the Judge of the court assigned to this case and to the following counsel of record:

Andrea E Colender
1648 Trawler Lane
Annapolis, MD 21409

Forrest E Mays
Law Office of Forrest E Mays
2341 N Forest Drive, Suite 90
Annapolis, MD 21401

By: _____
Cheryl E. Rose